**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  03-cv-000180-REB-CBS

MOHAMMED SALEH,

     Plaintiff,

v.

J.E. GUNJA, Warden, et al.,

     Defendants.

---

MINUTE ORDER[1]

---

     Plaintiff's Motion to Vacate The Order Dated 9/13/05 Under Rule 60(b)(6) [#83], filed September 1, 2005, is DENIED.

Dated:  July 18, 2006
------------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.